UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

JOSEPH A. CIGLER,                        )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )     CIVIL NO.  2:15cv17
                                         )
OCWEN LOAN SERVICING, LLC,               )
                                         )
          Defendant.                     )

OPINION AND ORDER

This matter is before the court on a motion to reopen this case, filed by the plaintiff,

Joseph A. Cigler ("Cigler"), proceeding *pro se*, on July 13, 2015.  The defendant, Ocwen Loan

Servicing, LLC ("Ocwen"), filed its response on July 30, 2015.

For the following reasons, the motion will be denied.

Discussion

On March 18, 2015, this court entered an Opinion and Order granting Ocwen's motion to

dismiss for failure to state a claim and denying Cigler's motion to remand the case back to state

court.  On April 3, 2015 Cigler filed a short, half-page motion requesting that his case be

reopened. This motion was denied on May 27, 2015.

Cigler has now filed another "Motion to Re-Open Case and Move to State Court".  In this

motion, Cigler claims that Ocwen does not have a registered agent, and thus this court incorrectly

held in its previous order that Cigler failed to serve Ocwen's registered agent for service of

process.  However, as Ocwen points out, Cigler's contention is baseless.  Ocwen's Notice of

Removal, served on Cigler, attached a printout from the Indiana Secretary of State's website

clearly establishing that Ocwen's agent for service of process in Indiana is Corporation Service

Company.  (DE 1 at ¶ 5, Ex. 2)

As there is no genuine dispute that Ocwen had a registered agent for service of process in Indiana at the time of the initiation of this lawsuit, Cigler's motion to reopen case will be denied.

<u>Conclusion</u>

On the basis of the foregoing, Cigler's motion to reopen [DE 18] is hereby DENIED.

Entered: August 13, 2015.

<u>s/ William C.  Lee</u>
William C. Lee, Judge
United States District Court